| | |
|---|---|
| PAUL I. MARTINEZ (by his mother, Stella Gonzales) | **FILED** |
| NAME | |
| V-90156 | 2009 FEB 11 PM 12:28 |
| PRISON IDENTIFICATION/BOOKING NO. | |
| KERN VALLEY STATE PRISON, DELANO, CA | CLERK U.S. DISTRICT COURT |
| ADDRESS OR PLACE OF CONFINEMENT | CENTRAL DIST. OF CALIF. |
| | LOS ANGELES |
| | BY: _____ |
| Note: It is your responsibility to notify the Clerk of Court in writing of any change of address. If represented by an attorney, provide his name, address, telephone and facsimile numbers, and e-mail address. | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| | CASE NUMBER: |
| PAUL ISAAC MARTINEZ | CV 09-1000 SJO (FMO) |
| FULL NAME (*Include name under which you were convicted*) | To be supplied by the Clerk of the United States District Court |
| Petitioner, | |
| v. | ☐ _____ **AMENDED** |
| | **PETITION FOR WRIT OF HABEAS CORPUS** |
| KELLY HARRINGTON, WARDEN | **BY A PERSON IN STATE CUSTODY** |
| NAME OF WARDEN, SUPERINTENDENT, JAILOR OR AUTHORIZED PERSON HAVING CUSTODY OF PETITIONER | **28 U.S.C. § 2254** |
| Respondent. | PLACE/COUNTY OF CONVICTION **LOS ANGELES** |
| | PREVIOUSLY FILED, RELATED CASES IN THIS DISTRICT COURT |
| | (*List by case number*) |
| | CV _____ |
| | CV _____ |

### INSTRUCTIONS - PLEASE READ CAREFULLY

1. To use this form, you must be a person who either is currently serving a sentence under a judgment against you in a California state court, or will be serving a sentence in the future under a judgment against you in a California state court. You are asking for relief from the conviction and/or the sentence. This form is your petition for relief.

2. In this petition, you may challenge the judgment entered by only one California state court. If you want to challenge the judgment entered by a different California state court, you must file a separate petition.

3. Make sure the form is typed or neatly handwritten. You must tell the truth and sign the form. If you make a false statement of a material fact, you may be prosecuted for perjury.

4. Answer all the questions. You do not need to cite case law, but you do need to state the federal legal theory and operative facts in support of each ground. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit a legal brief or arguments, you may attach a separate memorandum.

5. You must include in this petition all the grounds for relief from the conviction and/or sentence that you challenge. And you must state the facts that support each ground. If you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

6. You must pay a fee of $5.00. If the fee is paid, your petition will be filed. If you cannot afford the fee, you may ask to proceed *in forma pauperis* (as a poor person). To do that, you must fill out and sign the declaration of the last two pages of the form. Also, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account at the institution. If your prison account exceeds $25.00, you must pay the filing fee.

7. When you have completed the form, send the original and two copies to the following address:
   Clerk of the United States District Court for the Central District of California
   United States Courthouse
   ATTN: Intake/Docket Section
   312 North Spring Street
   Los Angeles, California 90012

PLEASE COMPLETE THE FOLLOWING: *(Check appropriate number)*

This petition concerns:
1. ☒ a conviction and/or sentence.
2. ☐ prison discipline.
3. ☐ a parole problem.
4. ☐ other.

## PETITION

1. Venue

    a. Place of detention <u>KERN VALLEY STATE PRISON, DELANO, CA</u>

    b. Place of conviction and sentence <u>LOS ANGELES, CA</u>

2. Conviction on which the petition is based *(a separate petition must be filed for each conviction being attacked)*.

    a. Nature of offenses involved *(include all counts)*: <u>Premeditated attempted murder (2 counts); firing at an occupied motor vehicle (1 count); life-term use enhancements</u>

    b. Penal or other code section or sections: <u>California Penal Code sections 664/187; 246; 12022.53(d)</u>

    c. Case number: <u>GA054121</u>

    d. Date of conviction: <u>Nov 24, 2004</u>

    e. Date of sentence: <u>July 7, 2005</u>

    f. Length of sentence on each count: <u>50 to life (count 1); 50 to life (count 2 consec); count 3 sentence stayed.</u>

    g. Plea *(check one)*:

       ☒ Not guilty

       ☐ Guilty

       ☐ Nolo contendere

    h. Kind of trial *(check one)*:

       ☒ Jury

       ☐ Judge only

3. Did you appeal to the California Court of Appeal from the judgment of conviction?   ☒ Yes  ☐ No

    If so, give the following information for your appeal *(and attach a copy of the Court of Appeal decision if available)*:

    a. Case number: <u>B184676</u>

    b. Grounds raised *(list each)*:

       (1) <u>Error in allowing testimony from undiscovered witness</u>

    (2) <u>Due process violation in denying bifurcation for gang evidence</u>

    (3) <u>Gang expert attesteed to matters beyond the scope of permissible expert testimony</u>

    (4) <u>Accumulated prosecutorial misconduct</u>

    (5) <u>Denial of pinpoint instruction on affect on witness of hallucinogenic drugs</u>

    (6) <u>Improper instruction on reluctance to testify; 7) Improper discharge of a juror during deliberations.</u>

  c. Date of decision: <u>August 14, 2007</u>

  d. Result <u>Judgement affirmed.</u>

4. If you did appeal, did you also file a Petition for Review with the California Supreme Court of the Court of Appeal decision? ☒ Yes ☐ No

   If so give the following information *(and attach copies of the Petition for Review and the Supreme Court ruling if available)*:

   a. Case number: <u>S155845</u>

   b. Grounds raised *(list each)*:

       (1) <u>Due process violation in failure to bifurcate trial on gang enhancements</u>

       (2) <u>Due process violation in allowing testimony of gang expert</u>

       (3) <u>Due process violation in failing to grant new trial for juror misconduct.</u>

       (4) _____

       (5) _____

       (6) _____

   c. Date of decision: <u>November 14, 2007</u>

   d. Result <u>Petition for review denied.</u>

5. If you did not appeal:

   a. State your reasons _____

   b. Did you seek permission to file a late appeal? ☐ Yes ☐ No

6. Have you previously filed any habeas petitions in any state court with respect to this judgment of conviction?

   ☐ Yes ☐ No

   If so, give the following information for each such petition *(use additional pages if necessary, and attach copies of the petitions and the rulings on the petitions if available)*:

a. (1) Name of court: _____

(2) Case number: _____

(3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

(4) Grounds raised *(list each)*:

    (a) _____

    (b) _____

    (c) _____

    (d) _____

    (e) _____

    (f) _____

(5) Date of decision: _____

(6) Result _____

(7) Was an evidentiary hearing held?   ☐ Yes   ☐ No

b. (1) Name of court: _____

(2) Case number: _____

(3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

(4) Grounds raised *(list each)*:

    (a) _____

    (b) _____

    (c) _____

    (d) _____

    (e) _____

    (f) _____

(5) Date of decision: _____

(6) Result _____

(7) Was an evidentiary hearing held?   ☐ Yes   ☐ No

c. (1) Name of court: _____

(2) Case number: _____

(3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

(4) Grounds raised *(list each)*:

    (a) _____

    (b) _____

(c) _____
(d) _____
(e) _____
(f) _____

(5) Date of decision: _____

(6) Result _____

(7) Was an evidentiary hearing held?   ☐ Yes  ☐ No

7. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than five grounds. Summarize briefly the <u>facts</u> supporting each ground. For example, if you are claiming ineffective assistance of counsel, you must state facts specifically setting forth what your attorney did or failed to do.

**CAUTION:** *Exhaustion Requirement*: In order to proceed in federal court, you must ordinarily first exhaust your state court remedies with respect to each ground on which you are requesting relief from the federal court. This means that, prior to seeking relief from the federal court, you first must present <u>all</u> of your grounds to the California Supreme Court.

a. Ground one: <u>Due process violation in failure to bifurcate gang evidence.</u>

(1) Supporting FACTS: <u>The prosecution characterization of the case is that petitioner pulled out a gun and shot 2 unarmed persons seated inside a car at a traffic signal; and that he did this because he did not lik confronted them by saying "What?". There is nothing here to indicate a gang case or to require gang evidence. To allow gang evidence to be mixed with guilt evidence was a denial of due process.</u>

(2) Did you raise this claim on direct appeal to the California Court of Appeal?   ☒ Yes  ☐ No
(3) Did you raise this claim in a Petition for Review to the California Supreme Court?   ☒ Yes  ☐ No
(4) Did you raise this claim in a habeas petition to the California Supreme Court?   ☐ Yes  ☐ No

b. Ground two: <u>Due process violation in allowing gang expert testimony</u>

(1) Supporting FACTS: <u>The related facts are those stated in ground (a). Officer Cisneros was allowed to testify as a gang expert and give her opinion that this was a gang shooting. Since this evidence was speculative and superfluous in this record, it did nothing except inflame the jury and deny petitioner a fundamentally fair trial.</u>

(2) Did you raise this claim on direct appeal to the California Court of Appeal?   ☒ Yes  ☐ No
(3) Did you raise this claim in a Petition for Review to the California Supreme Court?   ☒ Yes  ☐ No

(4) Did you raise this claim in a habeas petition to the California Supreme Court?  ☐ Yes  ☐ No

c. Ground three: Juror Misconduct

(1) Supporting FACTS: During trial evidence was introduced regarding retaliation by gangs. Juror No. 10, during deliberations, discussed with other jurors his/her fear of retaliations. He/she did not return for deliberations, claiming that he/she was sick. He/she was dismissed and replaced with an alternate. However, the juror's misconduct infected the rest of the jurors, and petitioner was denied a fair trial in which his Sixth Amendment rights to an impartial jury was respected.

(2) Did you raise this claim on direct appeal to the California Court of Appeal?  ☒ Yes  ☐ No
(3) Did you raise this claim in a Petition for Review to the California Supreme Court?  ☒ Yes  ☐ No
(4) Did you raise this claim in a habeas petition to the California Supreme Court?  ☐ Yes  ☐ No

d. Ground four: Ineffective assistance of counsel for failure to contest gang allegation pretrial in 995 motion.

(1) Supporting FACTS: Counsel failed to lodge a 995 objection against the gang allegations, which were completely deficient in evidentiary support. Even after full trial, the jury rejected the allegations.

(See attached request for stay and abeyance)

(2) Did you raise this claim on direct appeal to the California Court of Appeal?  ☐ Yes  ☒ No
(3) Did you raise this claim in a Petition for Review to the California Supreme Court?  ☐ Yes  ☒ No
(4) Did you raise this claim in a habeas petition to the California Supreme Court?  ☐ Yes  ☒ No

e. Ground five: Ineffective assistance of counsel: 1) failure to lodge a Brady objection; 2) failure to object to gang evidence from Officer Sobelski

(1) Supporting FACTS: 1) Prosecution provided belated discovery of a witness who identified someone else as the shooter, but who at trial identified petitioner; 2) alothough defense counsel objected to expert gang testimony from officer Cisneros, counsel failled to object to the expert gang testimony from Officer Sobelski

(See attached request for stay and abeyance.)

(2) Did you raise this claim on direct appeal to the California Court of Appeal?  ☐ Yes  ☒ No
(3) Did you raise this claim in a Petition for Review to the California Supreme Court?  ☐ Yes  ☒ No
(4) Did you raise this claim in a habeas petition to the California Supreme Court?  ☐ Yes  ☒ No

1  Supplement to page 6 of 10

2

3  f. Ground Six: Civil Trial judge ruled at sentencing hearing due to Criminal Judge
4  Barbara L. Burke retirement for medical reasons. Not objected to by defense counsel.
5  (1)Supporting FACTS:1) Paul I. Martinez was her last trial due to her severe illness.
6  She retired and applied for State Disability 2) Judge Coleman Swart applied the upper
7  term sentence Count One- Indeterminate life plus 25 yrs to life under 12022.53 Count 2
8  Indeterminate life plus 25 yrs to life under 12022.53 to be served consecutive Count 3
9  stayed. These violated the petitioners 8th amendment constitutional right as this
10 consists of cruel and unusual punishment.
11 (2) Did you raise this claim on direct appeal to the California Court of Appeal? NO
12 (3) Did you raise this claim in a Petition for Review to the California Supreme Court?
13 NO
14 (4) Did you raise this claim in a Habeas petition to the California Supreme Court? NO

Petition for Write of Habeas Corpus by a person in state custody (28 U.S.C 2254)

[Summary of pleading] - 1

8. If any of the grounds listed in paragraph 7 were not previously presented to the California Supreme Court, state briefly which grounds were not presented, and give your reasons: Petitioner was not in charge of his appeal. He is, however, requesting stay and abeyance pending his soon to be filed state habeas petition in the California Supreme Court in order to exhaust unexhausted claims. (See attached.)

9. Have you previously filed any habeas petitions in any federal court with respect to this judgment of conviction?
   ☐ Yes  ☒ No
   If so, give the following information for each such petition *(use additional pages if necessary, and attach copies of the petitions and the rulings on the petitions if available)*:

   a. (1) Name of court: _____
      (2) Case number: _____
      (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____
      (4) Grounds raised *(list each)*:
         (a) _____
         (b) _____
         (c) _____
         (d) _____
         (e) _____
         (f) _____
      (5) Date of decision: _____
      (6) Result _____

      (7) Was an evidentiary hearing held?  ☐ Yes  ☐ No

   b. (1) Name of court: _____
      (2) Case number: _____
      (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____
      (4) Grounds raised *(list each)*:
         (a) _____
         (b) _____
         (c) _____
         (d) _____
         (e) _____
         (f) _____
      (5) Date of decision: _____
      (6) Result _____

(7) Was an evidentiary hearing held?   ☐ Yes   ☐ No

10. Do you have any petitions now pending (i.e., filed but not yet decided) in any state or federal court with respect to this judgment of conviction?   ☐ Yes   ☒ No

    If so, give the following information *(and attach a copy of the petition if available)*:

    (1) Name of court: California Supreme Court (to be filed imminently.)

    (2) Case number: _____

    (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

    (4) Grounds raised *(list each)*:

    (a) The same ground specified in 7(d)

    (b) The same ground specified in 7(e)

    (c) _____

    (d) _____

    (e) _____

    (f) _____

11. Are you presently represented by counsel?   ☐ Yes   ☒ No

    If so, provide name, address and telephone number: Mother, Stella Gonzales, is signing in petitioner's behalf.

    Her address is: 40 Eloise Street, Pasadena, CA 91107 (626-793-1409)

WHEREFORE, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

[signed] Mother

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on  2-12-2009
                 Date                                Signature of Petitioner

## MARTINEZ V. HARRINGTON (ATTACHMENT REQUESTING STAY AND ABEYANCE)

The claims set forth in paragraphs 7(d) and 7(e) of this petition have not been exhausted in state court. Petitioner is imminently about to file a state habeas petition in the California Supreme Court raising this claims. Petitioner would respectfully request this Court to stay federal habeas proceedings and hold them in abeyance pending the disposition of the state habeas petition in the California Supreme Court. Petitioner will inform this Court immediately of the state filing and also of its eventual progress.

Paul I. Martinez by
Stella Gonazles
(mother)

__PAUL ISAAC MARTINEZ__
*Petitioner*

_____
*Respondent(s)*

**DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS**

I, __PAUL ISAAC MARTINEZ__, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed? ☐ Yes  ☒ No

    a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. _____

    b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. __2003  $1500.00__

2. Have you received, within the past twelve months, any money from any of the following sources?

    a. Business, profession or form of self-employment?  ☐ Yes  ☒ No
    b. Rent payments, interest or dividends?  ☐ Yes  ☒ No
    c. Pensions, annuities or life insurance payments?  ☐ Yes  ☒ No
    d. Gifts or inheritances?  ☐ Yes  ☒ No
    e. Any other sources?  ☐ Yes  ☒ No

    If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months: _____

3. Do you own any cash, or do you have money in a checking or savings account? *(Include any funds in prison accounts)*
   ☐ Yes  ☒ No

   If the answer is yes, state the total value of the items owned: _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property? *(Excluding ordinary household furnishings and clothing)* ☐ Yes ☒ No
   If the answer is yes, describe the property and state its approximate value: _____
   _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: _____
   _____
   _____

I, declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on _____        _____
               Date                                         *Signature of Petitioner*

## CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $_____ on account to his credit at the _____ institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said institution: _____
_____
_____

_____        _____
      Date                                         *Authorized Officer of Institution/Title of Officer*



**TERRY NAFISI**
District Court Executive
and Clerk of Court

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
312 North Spring Street, Room G-8 Los Angeles, CA 90012
Tel: (213) 894-7984

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4570

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

Wednesday, February 11, 2009

PAUL ISAAC MARTINEZ
V-90156
P.O. BOX 5101
DELANO, CA 93216

Dear Sir/Madam:

A [X] Petition for Writ of Habeas Corpus was filed today on your behalf and assigned civil case number CV09- 1000 SJO (FMO)

A [ ] Motion pursuant to Title 28, United States Code, Section 2255, was filed today in criminal case number _____ and also assigned the civil case number _____

Please refer to these case numbers in all future communications.

Please Address all correspondence to the attention of the Courtroom Deputy for:
   [ ] District Court Judge _____
   [X] Magistrate Judge    **Fernando M. Olguin**

at the following address:
[X] U.S. District Court
    312 N. Spring Street
    Civil Section, Room G-8
    Los Angeles, CA  90012

[ ] Ronald Reagan Federal
    Building and U.S. Courthouse
    411 West Fourth St., Suite 1053
    Santa Ana, CA  92701-4516
    (714) 338-4750

[ ] U.S. District Court
    3470 Twelfth Street
    Room 134
    Riverside, CA 92501

The Court must be notified within fifteen (15) days of any address change. If mail directed to your address of record is returned undelivered by the Post Office, and if the Court and opposing counsel are not notified in writing within fifteen (15) days thereafter of your current address, the Court may dismiss the case with or without prejudice for want of prosecution.

Very truly yours,

Clerk, U.S. District Court

By: ____JSZABO____
    Deputy Clerk

CV-17 (01/01)          LETTER re FILING H/C PETITION or 28/2255 MOTION