JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL ISAAC MARTINEZ,<br>　　　　Petitioner,<br>　　vs.<br>KELLY HARRINGTON,<br>Warden<br>　　　　Respondent. | Case No. CV 09-1000-FMO (DTB)<br><br>**J U D G M E N T** |

　　Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: March 24, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　FERNANDO M. OLGUIN
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1